**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Elmer Maruricio Melara Paulino
Petitioner,

v. Case No.: 1:26-cv-953-JL-TSM

US Immigration and Customs Enforcement, Enforcement and Removal Operations, Boston Field Office Acting Director et. al.
Respondents

ORDER

The Court requires sufficient time to consider the petition for habeas corpus filed pursuant to 28 U.S.C. § 2241. Consequently, the respondents shall not remove or transfer the petitioner outside of the District of New Hampshire unless they provide this Court with notice at least seventy-two hours in advance of any such removal or transfer. At least twenty-four of the seventy-two hours must fall on a day during which the court is in session.

Such notice shall: (1) be filed in writing on the docket of this proceeding; (2) state the reason for the necessity of such action; and (3) state why the move should not be stayed pending further court proceedings. Notice of a petitioner's release from custody may be provided after the fact.

SO ORDERED.

Date: 11/5/2026

Joseph N. Laplante
United States District Judge